

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2021

No. 04-20-00478-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Albert **DAVILA**, Individually; Madeline Davila, Individually; and Albert Davila as Trustee of
the Albert Peña Davila and Madeline Davila Living Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03387
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The en banc court denies appellant's motion for en banc reconsideration. See TEX. R.
APP. P. 41.2, 49.5.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2021.



Michael A. Cruz,
Clerk of Court